MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005

Attorneys for Plaintiff
Destrea Bell, Louis Serpa,
and Agnes Marcallino

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone:    (415) 856-7000
Facsimile:    (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paullhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTREA BELL, LOUIS SERPA, and AGNES MARCALLINO, <br><br>Plaintiffs, <br><br>vs. <br><br>RITE AID CORPORATION, <br><br>Defendant. | No. 1:15-CV-01872-JAM-EFB <br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF DESTREA BELL** <br><br>Judge:  Hon. John A. Mendez <br><br>Complaint Filed:  February 5, 2015 <br>FAC Filed:  April 20, 2015 |

Plaintiff Destrea Bell and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that plaintiff Bell's claims only shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated:  March 7, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By:  /s/  Michael Righetti
Michael Righetti
Attorneys for Plaintiffs
Destrea Bell, Louis Serpa,
and Agnes Marcallino

Dated:  March 7, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP

By:  /s/  Justin M. Scott
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California  94104
4  Telephone:  (415) 983-0900
   Facsimile:  (415) 397-9005
5
   Attorneys for Plaintiff
6  Destrea Bell, Louis Serpa,
   and Agnes Marcallino
7
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
8  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   PAUL HASTINGS LLP
9  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
10 Telephone:     (415) 856-7000
   Facsimile:     (415) 856-7100
11 jeffwohl@paulhastings.com
   justinscott@paulhastings.com
12
   Attorneys for Defendant
13 Rite Aid Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTREA BELL, LOUIS SERPA, and AGNES MARCALLINO, <br><br> Plaintiffs, <br><br> vs. <br><br> RITE AID CORPORATION, <br><br> Defendant. | No. 1:15-CV-01872-JAM-EFB <br><br> **ORDER DISMISSING CLAIMS OF PLAINTIFF DESTREA BELL WITH PREJUDICE** <br><br> Judge:  Hon. John A. Mendez <br><br> Complaint Filed:  February 5, 2015 <br> FAC Filed:  April 20, 2015 |

1   Pursuant to the stipulation of the parties, and good cause appearing therefor,

2   IT IS ORDERED that plaintiff Destrea Bell's claims only shall be and hereby are DISMISSED

3 WITH PREJUDICE, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated: 3/7/2017               /s/ John A. Mendez_____
                              Hon. John A. Mendez
                              United States District Court Judge