1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California  94104
4  Telephone:  (415) 983-0900
   Facsimile:  (415) 397-9005
5
   Attorneys for Plaintiffs
6  Destrea Bell, Louis Serpa,
   and Agnes Marcallino
7
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
8  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   PAUL HASTINGS LLP
9  101 California Street
   San Francisco, California 94111
10 Telephone:    (415) 856-7000
   Facsimile:    (415) 856-7100
11 jeffwohl@paulhastings.com
   justinscott@paullhastings.com
12
   Attorneys for Defendant
13 Rite Aid Corporation

14

15                UNITED STATES DISTRICT COURT

16                EASTERN DISTRICT OF CALIFORNIA

17

18 DESTREA BELL, LOUIS SERPA,          No. 1:15-CV-01872-JAM-EFB
   and AGNES MARCALLINO,
19                                      **STIPULATION OF DISMISSAL OF**
                 Plaintiffs,            **ACTION WITH PREJUDICE**
20
21       vs.                           Judge:          Hon. John A. Mendez

22 RITE AID CORPORATION,                Complaint Filed:  February 5, 2015
                                        FAC Filed:        April 20, 2015
23               Defendant.

24

25

26

27

28

Plaintiffs Louis Serpa and Agnes Marcallino and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear their own costs and attorneys' fees.

Dated: January 16, 2018.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: */s/ Michael Righetti*
Michael Righetti
Attorneys for Plaintiffs
Destrea Bell, Louis Serpa,
and Agnes Marcallino

Dated: January 16, 2018.

JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP

By: */s/ Justin M. Scott*
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 92467436.1

1   MATTHEW RIGHETTI (Cal. State Bar No. 121012)
    JOHN GLUGOSKI (Cal. State Bar No. 191551)
2   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
    RIGHETTI·GLUGOSKI, P.C.
3   456 Montgomery Street, Suite 1400
    San Francisco, California 94104
4   Telephone: (415) 983-0900
    Facsimile: (415) 397-9005
5
    Attorneys for Plaintiffs
6   Destrea Bell, Louis Serpa,
    and Agnes Marcallino
7
    JEFFREY D. WOHL (Cal. State Bar No. 96838)
8   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
    PAUL HASTINGS LLP
9   101 California Street
    San Francisco, California 94111
10  Telephone:    (415) 856-7000
    Facsimile:    (415) 856-7100
11  jeffwohl@paulhastings.com
    justinscott@paulhastings.com
12
    Attorneys for Defendant
13  Rite Aid Corporation

14

15                    UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17

18  DESTREA BELL, LOUIS SERPA,          No. 1:15-CV-01872-JAM-EFB
    and AGNES MARCALLINO,
19                                      **ORDER DISMISSING ACTION WITH
                   Plaintiffs,          PREJUDICE**
20
         vs.                            Judge:          Hon. John A. Mendez
21
                                        Complaint Filed:  February 5, 2015
22  RITE AID CORPORATION,               FAC Filed:        April 20, 2015

23                 Defendant.

24

25

26

27

28

1          Pursuant to the stipulation of the parties, and good cause appearing therefor,

2          IT IS ORDERED that action be and hereby is DISMISSED WITH PREJUDICE, each side to

3    bear its own costs and attorneys' fees with respect to those claims.

4

5          Dated:   1/16/2018                                      /s/ John A. Mendez_____

6

7                                                                Hon. John A. Mendez
                                                                 United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 92467436.1